In Re: Nomination Certificate of the Luzerne County Republican Executive Committee Filed August 18, 1981, Nominating John Shinal as Wyoming Area School Director Candidate. Walter Placek, Appellant.

Argued October 21, 1981, before President Judge CRUMLISH and Judges WILLIAMS, JR. and MACPHAIL, sitting as a panel of three.

*James F. Geddes, Jr., Silverblatt & Townend,* for appellant.

*Ronald D. Oley,* for appellee.

OPINION BY PRESIDENT JUDGE CRUMLISH, October 29, 1981:

Walter Placek appeals a Luzerne County Common Pleas Court order denying objections to a Nomination Certificate. We affirm.

The Luzerne County Republican Committee nominated John Shinal for a seat on the Wyoming Area School Board left vacant by a member's death. Since it was too late to utilize the primary election process, Shinal was nominated in accordance with Section 993 of the Pennsylvania Election Code,[1] which provides that a political party can nominate a candidate to fill a vacancy by filing a nomination certificate with the County Election Bureau. Placek argues that the certificate did not contain the required information and that the Party Rules did not provide for the implementation of this nominating procedure.

Based on the record, we find that the certificate contains the information required by Section 994 of the Election Code.[2] We also conclude that the Committee acted within the authority granted by Article VI, Paragraph 2, of the "Rules of the Republican Party of Luzerne County."

Affirmed.

ORDER

The Luzerne County Common Pleas Court order, dated September 24, 1981, No. 3486-C of 1981, is affirmed.

---

[1] Section 993 of the Act of June 3, 1937, P.L. 1333, added by Section 1 of the Act of August 26, 1953, P.L. 1479, *as amended,* 25 P.S. §2953.

[2] 25 P.S. §2954.